■ In the Matter of RESIDENTS OF BERGEN BELIEVE IN THE ENVIRONMENT AND DEMOCRACY, INC., et al., Appellants, v THOMAS C. JORLING, as Commissioner of the New York State Department of Environmental Conservation, et al., Respondents. (Appeal No. 1.) [600 NYS2d 653] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Boehm, J. (Appeal from Judgment of Supreme

Court, Monroe County, Boehm, J.—Article 78.) Present—Callahan, J. P., Green, Balio, Fallon and Doerr, JJ.